Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Raynaldo Emmanuel Lobato

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RAYNALDO EMMANUEL LOBATO, ) | Case No.: 2:17-cv-01176-CMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S UNOPPOSED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| NANCY A. BERRYHILL, Acting ) | (FIRST REQUEST) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Raynaldo Lobato hereby files this unopposed motion for extension of time of 28 days, to and including January 25, 2018, in which to file his motion for summary judgment and/or remand pursuant to Fed.R.Civ.P. 6(b)(1), and that all subsequent deadlines set forth in the Court's Order of July 26, 2017, Doc. No. 4, are extended accordingly.

-1-

1     This is plaintiff's first request for an extension of time.  Ann Maley, Special Assistant United States Attorney, has advised counsel that she does not oppose this motion.

    Counsel for plaintiff has needed to communicate with plaintiff regarding certain substantive matters in this case; however, counsel has not been able to communicate with plaintiff.  Counsel for plaintiff respectfully requests the granting of this motion to communicate with plaintiff and to properly brief this matter.  Counsel assures the Court that this request is not made to protract litigation.  Counsel apologizes for the delay.  Counsel will make every reasonable effort to file plaintiff's brief as soon as possible.

DATE: January 8, 2018      Respectfully submitted,

    LAW OFFICES OF LAWRENCE D. ROHLFING

    /s/ *Young Cho*
BY:_____
    Young Cho
    Attorney for plaintiff
    RAYNALDO EMMANUEL LOBATO

## ORDER

Approved and so ordered:

Dated: January 12, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE