Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Raynaldo Emmanuel Lobato

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RAYNALDO EMMANUEL LOBATO, | Case No.: 2:17-cv-01176-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Raynaldo Emmanuel Lobato ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: January 29, 2018    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Raynaldo Emmanuel Lobato

DATE: January 29, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ *Ann L. Maley*

ANN L. MALEY
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

# ORDER

Approved and so ordered.

Dated: January 31, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE